```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

        IZZO GOLF, INC.

                        Plaintiff(s)

            -vs-                                        06-Cv-6577

        HUNTER SPORTS, INC.

                        Defendant(s)

_____
```

        The above case is transferred from Hon. Michael A. Telesca to Hon. Charles J. Siragusa.

        SO ORDERED.

```
                                    S/ MICHAEL A. TELESCA
                                    MICHAEL A. TELESCA
                                    United States District Judge

Dated:  Rochester, New York
        January 4, 2007
```